[No. 4750.]

## Hallet v. Gredig et al.

**Former Opinion Followed.**

- The judgment in this case is affirmed, following the opinion in Hallet v. Carpenter et al., ante, p. 30.

*Appeal from the District Court of Costilla County.*
*Hon. Chas. C. Holbrook, Judge.*

Proceedings by Jacob Gredig and Fritz Botefur for a decree authorizing the transfer of a portion of the appropriation of water belonging to a certain ditch. From such decree, Moses Hallet appeals.

*Affirmed.*

Messrs. Macbeth & May and Mr. Jesse Stephenson, for appellant.

Mr. Ira J. Bloomfield, for appellees.

Mr. Justice Bailey delivered the opinion of the court:

This case is similar in fact and principles of law involved to that of *Hallet v. Carpenter* and, for the reasons therein announced, the judgment will be affirmed.　　　*Affirmed.*

Chief Justice Gabbert and Mr. Justice Goddard concur.